UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| James F. Wrighten,<br>    *Plaintiff*,<br><br>v.<br><br>The City of New London Police Department,<br>    *Defendant*. | Civil No. 3:07cv257 (JBA)<br><br><br>March 26, 2009 |

**NOTICE TO PLAINTIFF JAMES WRIGHTEN**

At the final pre-trial conference held on March 25, 2009, the Court ordered the following:

(1) The Court explained to Attorney Donald Williams that he remains counsel of record because no motion to withdraw his appearance has ever been filed. If Mr. Williams does so move and if the Court grants such motion to withdraw because Mr. Wrighten wishes to represent himself, Mr. Wrighten may then file his *pro se* appearance and represent himself during jury selection and at trial.

(2) All submissions in this case, including motions to withdraw or *pro se* appearances, must be filed with the Clerk's Office in accordance with the Local Civil Rules of this District. Any questions about filing procedures should be directed to the Clerk's Office by calling (203) 773-2140.

(3) Defendant's motion in limine [Doc. # 54] concerning the scope of Mr. Wrighten's testimony at trial remains under advisement. Any response to this motion must be filed by Monday, March 30, 2009, by counsel or by Mr. Wrighten, depending on whose appearance is then in the record.

(4)   The previously ordered trial schedule remains in place.  Jury selection will be held on Wednesday, April 1, 2009, at 9:00 a.m.  Jury trial will begin on Wednesday, April 8, 2009, at 9:00 a.m.  **If Mr. Wrighten is representing himself, he must be present for jury selection or his case will be dismissed for failure to prosecute.**  Plaintiff's proposed *voir dire* questions and proposed jury instructions are overdue and must be submitted by March 30, 2009.

(5)   Evidence will be presented from 9:00 a.m. to 3:00 p.m.  For jury charge, closing arguments, and deliberations, a schedule of 9:00 a.m. to 5:00 p.m. will be followed.  Consistent with counsel's estimated length for the trial, the Court will hold a charge conference at 4:30 p.m. on April 8, 2009.

The Clerk is directed to send a copy of this notice, via overnight mail, to Mr. Wrighten at his address of record.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 26th day of March, 2009.