UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL MASSEY WRIGHTEN, | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF JAMES F. WRIGHTEN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Civil Action No.: 07-cv-00257-JBA |
| OFFICER LESLIE SMITH, | : | |
| OFFICER ROBERT KAINITIS, | : | |
| CAPTAIN KENNETH EDWARDS | : | |
| CHIEF BRUCE F. RINEHART | : | |
| NEW LONDON POLICE DEPT. | : | |
| | : | |
| Defendants. | : | MAY 27, 2009 |

### MOTION TO SUBSTITUTE

Carol Massey Wrighten, administratrix of the estate of deceased plaintiff Mr. James F. Wrighten moves the court to substitute her as the plaintiff in the above captioned case pursuant to Federal Rule of Civil Procedure 25(a)(1). Ms. Wrighten was named administrator of Mr. Wrighten's estate on May 26, 2009 by the Probate Court of New London.

THE PLAINTIFF

By  /s/ David N. Rosen
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
Email: drosen@davidrosenlaw.com
Her Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2009, a copy of the foregoing Motion for Extension was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

  /s/ David N. Rosen
David N. Rosen