UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL MASSEY WRIGHTEN, | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF JAMES F. WRIGHTEN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Civil Action No.: 07cv00257 (JBA) |
| OFFICER LESLIE SMITH, | : | |
| OFFICER ROBERT KAINITIS, | : | |
| CHIEF BRUCE F. RINEHART | : | |
| NEW LONDON POLICE DEPT. | : | |
| | : | |
| Defendants. | : | JUNE 12, 2009 |

PLAINTIFF'S STATUS REPORT

Plaintiff served defendants with discovery requests on June 3, 2009. The parties have a settlement conference scheduled with Magistrate Judge Margolis for June 15, 2009.

THE PLAINTIFF

By  /s/ David N. Rosen
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
Email: drosen@davidrosenlaw.com
Her Attorney

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2009, a copy of the foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ David N. Rosen
                                                          David N. Rosen