UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL MASSEY WRIGHTEN,  ) | |
| ADMINISTRATRIX OF THE ESTATE  ) | |
| OF JAMES F. WRIGHTEN  ) | |
| ) | C.A. No. |
| Plaintiff,  ) | 3:07-CV-00257 (JBA) |
| ) | |
| v.  ) | |
| ) | |
| OFFICER LESLIE SMITH,  ) | |
| OFFICER ROBERT KAINITIS,  ) | |
| CHIEF BRUCE F. RINEHART, and  ) | |
| NEW LONDON POLICE DEPT.  ) | |
| ) | June 16, 2009 |
| Defendants.  ) | |

## STATUS REPORT

**Nature of the Case**

According to the Plaintiff's Third Amended Complaint, this action arises from an alleged investigatory Terry stop that occurred on January 28, 2007 at the corner of Ocean Avenue and Bank Street in New London, Connecticut. The Third Amended Complaint asserts a cause of action for alleged civil rights violations sounding under the Fourth and Fourteenth Amendments of the United States Constitution, and 42 U.S.C. § 1983.

The Defendants have answered the Third Amended Complaint, denying the substantive allegations of that pleading and asserting several affirmative defenses, including,

inter alia, failure to state a legal claim on which relief may be granted and the doctrine of qualified immunity as it relates to the claims against the individual defendants.

**Status of Discovery**

Discovery is ongoing. Since new counsel has appeared for the Estate, the Plaintiff served supplemental requests for production, dated June 3, 2009. Defense counsel is presently generating objections and responses to those requests, while the Defendant City searches for additional responsive documents, if any exist. Counsel anticipates completing the deposition of the plaintiff's widow, the representative of the Estate, within the next two weeks.

**Outstanding Legal Issues**

Defendants anticipate renewing the legal arguments previously made in their motion for summary judgment following the completion of discovery. Since the factual record will be more fully developed through the participation of Plaintiff's new counsel, and since the doctrine of qualified immunity has now been introduced into the case by the inclusion of the individual defendants as parties, counsel intends to file a motion for summary judgment.

**Outstanding Procedural Issues**

None.

**Outstanding Motions**

None.

**Anticipated Motions**

As explained above, counsel anticipates filing a motion for summary judgment once the remaining depositions are completed and the factual record fully developed.

**Current Scheduling Order**

The current Scheduling Order calls for close of discovery on or before June 30, 2009. Counsel will seek a modification of the existing scheduling order to permit the submission of the parties' trial brief by July 15, 2009 , a two week extension.

Respectfully submitted,

THE DEFENDANTS,

By:_____
Brian K. Estep, Esq.
Fed. Bar No. CT-07986
Patrick J. Day, Esq.
Fed. Bar No. CT-21858
Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT  06320-1351
Ph. 860-447-3171
Fax 860-444-6103

## **CERTIFICATION**

I hereby certify that on June 16, 2009, a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

David N. Rosen, Esq.
Margaret Middleton, Esq.
David N. Rosen & Associates
400 Orange Street
New Haven, CT  06511
drosen@davidrosenlaw.com

_____
Patrick J. Day

F:\Files\CITY\24000 Police\24100's\24166 Wrighten\Pleadings & Motions\Status Report 06.16.09.doc